UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EDWARD R. WHITTINGTON, | ) | CASE NO. C05-1899-RSL-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| NORM MALENG, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this § 1983 action are DISMISSED for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g).

/ / /

/ / /

ORDER DISMISSING § 1983 ACTION
PAGE -1

(4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 23rd day of January, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2